property described in paragraph "Eighth" thereof, the order denying appellant's motion to have the complaint made more definite and certain is affirmed, without costs. No opinion. Appellant's time to answer is extended until ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

## (May 7, 1940.)

In the Matter of the Application of KATHERINE KELLY, Appellant, for an Order Restraining S. HOWARD COHEN and Others, Commissioners of Elections Constituting the Board of Elections of the City of New York, the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, from Executing and Issuing Any Certificate of Election to or of THOMAS J. LANIGAN or in Any Manner Certifying to the Election of THOMAS J. LANIGAN, as a Member of the Democratic County Committee in and/or of the 78th Election District of the Fourth Assembly District, of the Borough and County of Queens, City and State of New York, JAMES A. ROE and EMILY L. GAUTIER, Members of the Democratic State Committee of the Fourth Assembly District of the County of Queens, State of New York, and THOMAS J. LANIGAN, and ALEXANDER E. ANDERSON, as Chairman of the Democratic County Committee of Queens County, Respondents.— Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

## (May 13, 1940.)

In the Matter of the Application of JOSEPH APPLEBAUM, DOMENICO CRACHI, MORRIS RUFFER and HARRY LOPATIN, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and the COUNTY BOARD OF CANVASSERS OF THE COUNTY OF KINGS; FRANK PAGANO and Others, Rival Candidates, and FRANCIS J. SINNOTT, County Clerk, Kings County, Respondents.— Order denying petitioner's motion for the examination, inspection and recanvassing of the ballots cast in the primary election for members of the State Committee of the American Labor Party in the 23rd Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before the Presiding Justice, on Wednesday, May 15, 1940, at 9:30 A. M.

In the Matter of the Application of JAMES BYRNE, SAM BARTFIELD, ALBERT ROSNER, RUBIN PERSCHITZ and ALEXANDER LANDSMAN, Appellants, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and the COUNTY BOARD OF CANVASSERS OF THE COUNTY OF KINGS; THOMAS BIRKENHEAD and Others, Rival Candidates, and FRANCIS J. SINNOTT, County Clerk, Kings County, Respondents.— Order denying petitioners' motion for the examination, inspection and recanvassing of the ballots cast in the primary election for members of the State Committee of the American Labor Party in the 5th Assembly District, Kings County, reversed, on consent, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order, on notice, before the Presiding Justice, on Wednesday, May 15, 1940, at 9:30 A. M.

In the Matter of the Application of MAURY GOLOB to Review the Action of the Inspectors of the Primary Election of the Several Election Districts of the 13th Assembly District of the County of Kings, State of New York, and the